**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Enrique GONZALEZ, Defendant–Appellant.**

**No. 13–10494**

**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Sept. 9, 2013.

Anne Ruth Schultz, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, N. Nathan Dimock, Washington, DC, for Plaintiff–Appellee.

Mauricio Lopez Aldazabal, Mauricio L. Aldazabal, Attorney at Law, Coral Gables, FL, Enrique Gonzalez, D Ray James CF–Inmate Legal Mail, Folkston, GA, for Defendant–Appellant.

Before DUBINA, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Mauricio L. Aldazabal, appointed counsel for Enrique Gonzalez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Gonzalez's convictions and sentences are **AFFIRMED.**